**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Timothy Atwood,
Plaintiff(s),
v.
Rudi A. Matzar Gomez, et al.,
Defendant(s).

Case No. 2:26-cv-02703-JAD-NJK

**ORDER**

Concurrently herewith, the Court is ordering Defendant GEICO to show cause why the case should not be remanded for lack of subject matter jurisdiction, specifically as to the amount in controversy. Although it appears that there may be a separate issue with removal coming more than a year after the state court case was filed, *see* Docket No. 1-2 (complaint filed in state court on July 7, 2025); *see also* 28 U.S.C. § 1446(c), that is a procedural issue that the Court will not raise *sua sponte*, *see, e.g.*, *Smith v. Mylan Inc.*, 761 F.3d 1042, 1045-46 (9th Cir. 2014). If Plaintiff seeks remand on this basis (or any other procedural basis), he must file a motion to remand in prompt fashion. *See* 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made <u>within 30 days after the filing of the notice of removal</u> under section 1446(a)" (emphasis added)).

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge