**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Timothy Atwood,<br>Plaintiff(s),<br>v.<br>Rudi A. Matzar Gomez, et al.,<br>Defendant(s). | Case No. 2:26-cv-02703-JAD-NJK<br>**ORDER** |

Pending before the Court is an order for GEICO to show cause regarding the amount in controversy, Docket No. 4, to which GEICO filed a response, Docket No. 10. Based on the showing in that response and the record, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge